1 | JAQUELYNN POPE SBN 78600
WARSHAW & POPE
2 | 934 Hermosa Ave., Suite 14
Hermosa Beach, CA 90254
3 | Tel. (310) 379-3410
Fax (310) 376-6817
4 |
5 | KEITH FROMM SBN 73529
914 Westwood Blve., Suite 500
Los Angeles, CA 90024
6 | Tel. (310) 556-0202
Fax (310) 476-6813
7 |
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, | Case No.: C 03 4108 |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, and DOES 1-10, inclusive, Defendants | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses without prejudice the above-captioned action against the individual defendants, James Vreeland and Peter DeJarnatt. Please take notice that plaintiff does not voluntarily dismiss the above-captioned action against the remaining defendants, the City of Pacifica, Pacifica Planning

//

1
NOTICE OF VOLUNTARY DISMISSAL

1  Commission, Pacifica City Council and DOES 1 -10, inclusive.

2  DATED: September 26, 2005

4  _____/S/_____
   JAQUELYNN POPE
5  Attorney for Plaintiff



2
NOTICE OF VOLUNTARY DISMISSAL