JAQUELYNN C. POPE SBN 78600
WARSHAW & POPE
934 Hermosa Ave., Suite 14
Hermosa Beach, CA 90254
Tel. (310) 379-3410
Fax (310) 376-6817

KEITH M. FROMM SBN 73529
ATTORNEY AT LAW
914 Westwood Blvd., Suite 500
Los Angeles, CA 90024
Tel. (310) 556-0202
Fax (310) 476-6813

Attorneys for Plaintiff

McDONOUGH HOLLAND & ALLEN PC
MICHELLE MARCHETTA KENYON SBN 127969
MEGAN H. ACEVEDO SBN 2266604
BENJAMIN D. WINIG SBN 233090
1901 Harrison Street, 9th Floor
Oakland, CA 94612
Phone: (510) 273-8780
Fax: (510) 839-9104

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, and DOES 1-10, inclusive, <br><br> Defendant | Case No.: No. C 03 4108 SI <br><br> STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS MOTION FOR SANCTIONS. <br><br> Original Date: January 6, 2006 <br> Continued Date: February 10, 2006 <br> Time: 9:00 a.m. <br> Courtroom: 10 <br><br> Honorable Susan Illston, Judge |

878760v1 24355/0093   STIPULATION TO CONTINUED HEARING ON MOTION FOR SANCTIONS

Pursuant to civil local rules 6-1 and 7-7, the parties hereto, North Pacifica LLC and defendants City of Pacifica, James Vreeland and Peter DeJarnatt, et al., by and through their respective counsel, Jaquelynn Pope and Michelle Marchetta Kenyon, of McDonough Holland & Allen PC, hereby stipulate as follows:

The hearing date for defendants' motion for sanctions, which is currently set for January 6, 2006, shall be continued to February 10, 2006. This stipulation is being entered into prior to the date on which the opposition is currently due.

The parties request that, if possible, the matter be heard after 11:00 a.m. on the hearing date.

Dated: December 4, 2005

JAQUELYNN POPE
Attorney for Plaintiff

Dated: December 5, 2005

McDonough Holland & Allen PC

MICHELLE MARCHETTA KENYON
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA