1   JAQUELYNN C. POPE, SBN # 78600
    WARSHAW & POPE
2   934 Hermosa Ave., Suite 14
    Hermosa Beach, CA 90254
3   Tel (310) 379-3410
    Fax (310) 376-6817
4
    KEITH M. FROMM, SBN # 73529
5   914 Westwood Blvd., Suite 500
    Los Angeles, CA 90024
6   Tel (310) 556-0202
    Fax (310) 476-6318
7
    Attorneys for Plaintiff, North Pacifica, LLC
8

9                  UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
                                              03
13  NORTH PACIFICA LLC              Case No.  C 01-4108

14        Plaintiff                 STIPULATED REQUEST TO
                                    CONTINUE HEARING DATE
15        v.                        FOR SANCTIONS MOTION;
                                    DECLARATION OF JAQUELYNN POPE
16  CITY OF PACIFICA, et al.
                                    Current Date:  February 24, 2006
17        Defendants.               Current Time:  9:00 a.m.

18  _____/

19

20          STIPULATED REQUEST TO CONTINUE HEARING DATE

21          Pursuant to Local Civil Rules of Court, Rules 6.2 and 7.7(b), the parties hereto, North

22  Pacifica LLC, and defendants James Vreeland and Peter DeJarnatt, by and through their

23  respective counsel, Jaquelynn Pope of Warshaw & Pope, and Benjamin Winig of McDonough

24  Holland & Allen, for the reasons set forth in the Declaration of Jaquelynn Pope, submitted

25  herewith, hereby stipulate as follows:

1    The parties request that the hearing on the defendants' motion for sanctions be continued

2    by order of the Court from February 24, 2006 to March 17, 2006.

3

4    Dated:  February 21, 2006                          _____/s/_____

                                                         JAQUELYNN POPE
5                                                        Attorney for North Pacifica

6    Dated: February 21, 2006                           _____/s/_____

7                                                        BENJAMIN WINIG
                                                         Attorney for Defendants
8

9                            DECLARATION OF JAQUELYNN POPE

10       I, JAQUELYNN POPE, declare as follows:

11       1.     I am an attorney, duly licensed and in good standing to practice before all the

12   Courts of the State of California and the United States District Court for the Northern District of

13   California.  I am the attorney for plaintiff North Pacifica LLC.

14       2.     Reason for the Continuance.  The parties have agreed to stipulate to the request

15   for the continuance in order to allow Robert Kalmbach, one of the two principals of North

16   Pacifica, the plaintiff herein, to attend the hearing without disrupting his family vacation.

17   Plaintiff has informed defendants that the week of February 20, 2006, is a school holiday week

18   ("ski week") for Mr. Kalmbach's two children and Mr. Kalmbach and his family have planned to

19   be in Lake Tahoe from February 21, 2006 until February 26, 2006.  The within hearing was

20   previously set for February 10, 2006, however, the court re-scheduled all the motions that had

21   been set for that date to February 24, 2006.  Mr. Kalmbach did not realize until the weekend of

22   February 18, 2006 that "ski week" conflicted with the re-scheduled date.

23       3.     If the February 24, 2006 date for the hearing is not re-scheduled, Mr. Kalmbach

24   will disrupt his family vacation to fly back from Reno on Thursday evening in order to attend the

25   hearing in San Francisco on Friday morning and then fly back to Reno on Friday afternoon to

STIPULATED REQUEST TO CONTINUE HEARING DATE - 2

1  rejoin his family.  In order to avoid this disruption to Mr. Kalmbach's family vacation, the

2  parties have agreed to request that the Court continue the hearing date.

3        4.     <u>Previous Modifications to Schedule</u>

4      There have been two prior date changes for the hearing:

5        (1)    On December 8, 2005, the Court continued the hearing date from January

6  6, 2006 to February 10, 2006 in response to a prior Stipulated Request from the parties.

7        (2)    On January 20, 2006 the Court re-scheduled all of the hearings on its

8  calendar that had been set for the February 10, 2006 date to February 24, 2006.

9        5.     <u>Effect on Litigation Schedule</u>

10      The requested continuance should not have any effect on the schedule of the case.

11        6.     For the above reasons, North Pacifica asks that the Court grant the Stipulated

12  Request of the parties and continue the defendants' Motion for Sanctions from February 24,

13  2006 to March 17, 2006.

14      I declare under penalty of perjury that the foregoing is true and correct and if called upon

15  to do so I could and would testify competently thereto.

16      Executed this 21st day of February, 2006 in Hermosa Beach, California.

17

18                              _____/s/_____
                            JAQUELYNN POPE

19

20      PURSUANT TO THE STIPULATED REQUEST, IT IS HEREBY ORDERED that the

21  Defendants' Motion for Sanctions is continued from February 24, 2006 to March 17, 2006.

22  Dated:

23

24                              HON. SUSAN ILLSTON

25                              U.S. District Court Judge