JAQUELYNN POPE SBN 78600
WARSHAW & POPE
934 Hermosa Ave., Suite 14
Hermosa Beach, CA 90254
Tel. (310) 379-3410
Fax (310) 376-6817

Attorneys for Plaintiff, North Pacifica LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, | Case No.: C 03 4108 |
| Plaintiff, | STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | Date: May 30, 2008 |
| CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, and DOES 1-10, inclusive, | Time: 2:30 p.m.<br>Courtroom: 10<br>Honorable Susan Illston, Judge SI |
| Defendants. | |

## BACKGROUND FACTS

1. The within case has been stayed by the Court pending a final decision in another federal case, North Pacifica v. City of Pacifica, C 01-4823 EMC, which has been appealed to the Ninth Circuit Court of Appeals;

2. On May 13, 2008 the Ninth Circuit Court of Appeals opinion in that case was filed.

3. On May 22, 2008 North Pacifica served the parties herein with its Motion for a clerk's seven-day extension of time to file a petition for re-hearing in the Ninth Circuit, pursuant to general order 6.3a. The Motion for a seven-day extension will be received (and filed) by the Ninth Circuit in San Francisco, California by May 27, 2008, within 14 days of the filing of the Ninth Circuit Opinion.

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

4. With the seven-day extension, North Pacifica's petition for re-hearing will be due on June 3, 2008. North Pacifica intends to file a petition for re-hearing with the Ninth Circuit by June 3, 2008.

5. On May 14, 2008 this Court set a Further Case Management Conference for May 30, 2008.

6. Due to the petition for re-hearing the Ninth Circuit decision in C 01-4823EMC will not be final by May 30, 2008. Therefore the parties have stipulated as follows:

## STIPULATION

The parties hereto, by and through their respective attorneys hereby stipulate that the Further Case Management Conference originally set for May 30, 2008 shall be continued until after the Ninth Circuit has taken final action on North Pacifica's petition for re-hearing. In the event no petition for re-hearing is filed within the time period set by the Ninth Circuit, plaintiff will immediately notify the Court and the Case Management Conference will be re-set for a date at the Court's earliest convenience.

Dated: May 22, 2008

_____/s/_____
JAQUELYNN POPE
Attorney for North Pacifica

MCDONOUGH, HOLLAND & ALLEN

Dated: May 23, 2008

By: _____/s/_____
Attorneys for defendants, City of Pacifica et al.

IT IS SO ORDERED:

Dated:

_____
Hon. Susan Illston, Judge

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

4. With the seven-day extension, North Pacifica's petition for re-hearing will be due on June 3, 2008. North Pacifica intends to file a petition for re-hearing with the Ninth Circuit by June 3, 2008.

5. On May 14, 2008 this Court set a Further Case Management Conference for May 30, 2008.

6. Due to the petition for re-hearing the Ninth Circuit decision in C 01-4823EMC will not be final by May 30, 2008. Therefore the parties have stipulated as follows:

## STIPULATION

The parties hereto, by and through their respective attorneys hereby stipulate that the Further Case Management Conference originally set for May 30, 2008 shall be continued until after the Ninth Circuit has taken final action on North Pacifica's petition for re-hearing. In the event no petition for re-hearing is filed within the time period set by the Ninth Circuit, plaintiff will immediately notify the Court and the Case Management Conference will be re-set for a date at the Court's earliest convenience.

Dated: May 22, 2008

JAQUELYNN POPE
Attorney for North Pacifica

MCDONOUGH, HOLLAND & ALLEN

Dated: May    , 2008

By: _____
Attorneys for defendants, City of Pacifica et al.

IT IS SO ORDERED:

Dated:

Hon. Susan Illston

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE