McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
MICHELLE MARCHETTA KENYON (SBN 127969)
BENJAMIN D. WINIG (SBN 233090)
1901 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510.273.8780
Fax:   510.839.9104

CITY OF PACIFICA
City Attorney
CECILIA QUICK (#120988)
170 Santa Maria Avenue
Pacifica, California 94044
Phone: 650.738.7408
Fax:   650.359.8947

Attorneys for Defendants
City of Pacifica

Exempt from Filing Fees per Gov. Code § 6103

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH PACIFICA LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PACIFICA, et al.,<br><br>　　　　　Defendants. | Case No. C 03 4108 SI<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:　November 10, 2008<br>Time:　4:00 p.m.<br><br>Honorable Susan Illston |

## BACKGROUND FACTS

1.　The within case has been stayed by the Court pending a final decision in another federal case, North Pacifica v. City of Pacifica, C01-4823 EMC, which was appealed to the Ninth Circuit Court of Appeals;

2.　On May 13, 2008 the Ninth Circuit published it's opinion affirming the district court's dismissal of NP's substantive due process claim and reversing the order holding the City liable for an

1

equal protection violation. The damages, attorneys' fees and costs awards were vacated. The matter was remanded for entry of judgment in favor of the City.

3. On June 3, 2008, NP filed a Petition for Rehearing.

4. On June 27, 2008, the Court denied NP's petition for panel rehearing and for rehearing en banc. NP had until September 25, 2008 to file a petition for writ of certiorari in the United States Supreme Court.

5. On August 12, 2008, the United States District court filed a Judgment in a Civil Case.

6. On August 21, 2008 a Bill of Costs was filed by the City with the United States District Court requesting costs in the amount of $52,623.16.

7. On September 29, 2008, NP signed a Stipulation Regarding Return of Cash Deposit and wrote a letter stating that it would not file a petition for writ of certiorari in the U.S. Supreme Court. On October 20, 2008, the Clerk of the USDCND declared that costs are taxed in the amount of $52,623.16 and included in the judgment.

8. On October 31, 2008, the Court ordered that a Further Case Management Conference be scheduled for November 10, 2008. The court also ordered that a Joint Case Management Conference Statement be filed by November 5, 2008.

9. The parties are currently involved in settlement discussions regarding this matter as well as all outstanding actions filed by North Pacifica against the City of Pacifica. Therefore, the parties have stipulated as follows:

**STIPULATION**

The parties hereto, by and through their respective attorneys hereby, stipulate that the further Case Management Conference originally set for November 10, 2008 shall be continued until December 12, 2008 at 2:30 p.m.

Dated: November 4, 2008.            McDONOUGH HOLLAND & ALLEN PC


By: _____/s/_____
        Michelle Marchetta Kenyon, Attorneys for
        Defendants, City of Pacifica, et al.

2



Stipulation to Continue Further Case Management Conference C03-4108
1142874v1 24355/0093

WARSHAW & POPE

Dated: November 4, 2008.  _____/s/_____
JAQUELYNN POPE, Attorney for
Plaintiff, North Pacifica

IT IS ORDERED:

Dated:_____  _____/s/ Susan Illston_____
Hon. Susan Illston, Judge

3

Stipulation to Continue Further Case Management Conference C03-4108
1142874v1 24355/0093