JAQUELYNN POPE SBN 78600
WARSHAW & POPE
934 Hermosa Ave., Suite 14
Hermosa Beach, CA 90254
Tel. (310) 379-3410
Fax (310) 376-6817

Attorneys for Plaintiff, North Pacifica LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, | Case No.: C 03 4108 |
| Plaintiff, | STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | Date: December 12, 2008 |
| CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, and DOES 1-10, inclusive, | Time: 2:30 p.m. Courtroom: 10 Honorable Susan Illston, Judge SI |
| Defendants. | |

## BACKGROUND FACTS

1. The within case was stayed by the Court pending a final decision in another federal case, North Pacifica v. City of Pacifica, C 01-4823 EMC, which was appealed to the Ninth Circuit Court of Appeals;

2. On May 13, 2008 the Ninth Circuit Court of Appeals opinion in that case was filed.

3. On June 3, 2008, North Pacifica filed a Petition for Rehearing.

4. On June 27, 2008, the Court denied the Petition.

5. On August 12, 2008, the District Court filed the judgment in that case.

6. On October 31, 2008, this Court ordered that a Further Case Management Conference be scheduled for November 19, 2008.

7. The parties herein began settlement discussions regarding this matter as well as all outstanding disputes between the parties, and as a result, on November 4, 2008, the parties entered into a stipulation to continue the Further Status Conference herein until December 12, 2008 at 2:30 p.m.

8. On or about November 5, 2008, this Court entered an Order continuing the Status Conference under the terms of the Stipulation.

9. Settlement discussions have continued between the parties, but additional time is required due to the fact that North Pacifica's attorney has been engaged in a State Jury Trial in Los Angeles County. The trial date of December 1, 2008 was continued from November 17, 2008 due to a partial settlement. It is anticipated that jury selection will be complete by December 4 or 5, 2008 and that North Pacifica's attorney will still be in trial on December 12, 2008 the date currently set for the Further Case Management Conference herein. Therefore the parties have stipulated as follows:

## STIPULATION

The parties hereto, by and through their respective attorneys hereby stipulate that the Further Case Management Conference set for December 12, 2008 shall be continued until December 22, 2008 at 3:00 p.m. In the event that the matter is settled in the meantime, the parties will immediately inform the Court.

Dated: December 3, 2008 _____/s/_____
JAQUELYNN POPE
Attorney for North Pacifica

MCDONOUGH, HOLLAND & ALLEN

Dated: December 3, 2008 By: _____/s_____
Attorneys for Defendants, City of Pacifica, et al.

IT IS SO ORDERED:

Dated:

_____
Hon. Susan Illston, Judge