JAQUELYNN POPE SBN 78600
WARSHAW & POPE
934 Hermosa Ave., Suite 14
Hermosa Beach, CA 90254
Tel. (310) 379-3410
Fax (310) 376-6817

Attorneys for Plaintiff, North Pacifica LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: C 03 4108<br><br>STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: December 22, 2008<br>Time: 3:00 p.m.<br>Courtroom: 10<br>Honorable Susan Illston, Judge |

## BACKGROUND FACTS

1. The within case was stayed by the Court pending a final decision in another federal case, North Pacifica v. City of Pacifica, C 01-4823 EMC, which was appealed to the Ninth Circuit Court of Appeals;

2. On May 13, 2008 the Ninth Circuit Court of Appeals opinion in that case was filed.

3. On June 3, 2008, North Pacifica filed a Petition for Rehearing.

4. On June 27, 2008, the Court denied the Petition.

5. On August 12, 2008, the District Court filed the judgment in that case.

6. On October 31, 2008, this Court ordered that a Further Case Management Conference be scheduled for November 19, 2008.

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

7. The parties herein began settlement discussions regarding this matter as well as all outstanding disputes between the parties, and as a result, on November 4, 2008, the parties entered into a stipulation to continue the Further Status Conference herein until December 12, 2008 at 2:30 p.m.

8. On or about November 5, 2008, this Court entered an Order continuing the Status Conference to December 12, 2008 under the terms of the Stipulation.

9. On or about December 3, 2008, the parties entered into a second stipulation for a brief continuance of the December 12, 2008 date to December 22, 2008 in order continue settlement talks and because of a conflict with a December 1, 2008 trial date involving plaintiff's counsel. The Court entered the Order continuing the Case Management Conference to December 22, 2008 at 3:00 p.m.

10. Settlement discussions have continued between the parties but additional time is required due to the fact that the proposed settlement requires coordination between the City of Pacifica and the California Coastal Commission. Joel Jacobs, the deputy attorney general who represents the California Coastal Commission in matters pertaining to North Pacifica's project was out of town for the entire week of December 8, 2008 and was not available by telephone or email. Further, it is anticipated that Mr. Jacobs will require some time to obtain confirmation as to the California Coastal Commission's position.

11. Additionally, on December 15, 2008, plaintiff's counsel had follow-up surgery on her foot which limits her mobility. It is not certain at this point that she would be able to make the appearance in San Francisco for the December 22, 2008 case management conference if it were not continued for the settlement talks.

12. Due to the holidays, the City of Pacifica City Council will not be meeting again until after January 11, 2009.

Therefore the parties have stipulated as follows:

STIPULATION

The parties hereto, by and through their respective attorneys hereby stipulate that the Further Case Management Conference set for December 22, 2008 shall be continued until Friday, January 30, 2009 at 3:00 p.m., or such other date and time as the Court may order. In the event that the matter is settled in the meantime, the parties will immediately inform the Court.

Dated: December 17, 2008   _____/s/_____
                           JAQUELYNN POPE
                           Attorney for North Pacifica


                           MCDONOUGH, HOLLAND & ALLEN

Dated: December 17, 2008   By: _____/s/_____
                           Attorneys for Defendants, City of Pacifica et al.


IT IS SO ORDERED:

Dated:                     _____
                           Hon. Susan Illston, Judge

     NO FURTHER CONTINUANCE WILL BE GRANTED