IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, | No. C 03-04108 SI |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, | |
| Defendants. | |

At the February 3, 2009 case management conference, the Court set March 6, 2009 as the deadline for the filing of remaining motions in this case. The only motion filed was defendants' motion for sanctions, which the Court has now decided. In the absence of a letter brief from either party explaining what issues remain to be decided in this case, the Court will file an order dismissing all remaining claims with prejudice and will enter judgment accordingly **on May 6, 2009**.

**IT IS SO ORDERED.**

Dated: April 29, 2009

SUSAN ILLSTON
United States District Judge