**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA LLC, | No. C 03-04108 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PACIFICA, PACIFICA PLANNING COMMISSION, PACIFICA CITY COUNCIL, JAMES VREELAND, as an individual, PETER DEJARNATT, as an individual, | |
| Defendants. | |

All claims of the complaint are dismissed with prejudice. This action is therefore dismissed with prejudice as to all defendants. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 7, 2009

SUSAN ILLSTON
United States District Judge